**92–366.** State v. McMillan. *Lorain County,* No. 91CA005081. Reported at 63 Ohio St.3d 1444, 589 N.E.2d 388. On motion for rehearing. Rehearing denied.

**92–609.** State ex rel. Howell v. Rogers. In Habeas Corpus. Reported at 63 Ohio St.3d 1467, 590 N.E.2d 1266. On motion for rehearing. Rehearing denied.

**92–660.** State v. Boyle. Reported at 63 Ohio St.3d 1460, 590 N.E.2d 754. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**92–905.** Cuyahoga Cty. Bar Assn. v. Berger. On respondent's motions to abstain or, in the alternative, for extension of time to file objections and brief. Motions denied.

**92–906.** Cuyahoga Cty. Bar Assn. v. Fertel. On respondent's motions to abstain or, in the alternative, for extension of time to file objections and brief. Motions denied.